IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Keith Aaron Vann, | ) | C/A No.: 1:17-2099-HMH-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| United States of America, | ) | |
| Defendant. | ) | |

Keith Aaron Vann ("Plaintiff"), proceeding pro se, filed this action on August 9, 2017. [ECF No. 1]. On March 14, 2018, Defendant filed a motion to dismiss, or in the alternative, for summary judgment. [ECF No. 33]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motion and of the need for him to file an adequate response by April 16, 2018. [ECF No. 34]. Plaintiff was specifically advised that if he failed to respond adequately, Defendant's motion may be granted. *Id.* The undersigned also granted Plaintiff three extensions of time, and his deadline expired on August 3, 2018.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action.[1] Based on the foregoing, Plaintiff is directed to advise

---

[1] Although Plaintiff provided a change of address on July 2, 2018, indicating

the court whether he wishes to continue with this case and to file a response to Defendant's motion for summary judgment by September 12, 2018. Plaintiff is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

*Shiva V. Hodges*

August 22, 2018
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

---

that he was being transferred to Atwater United States Prison, a search for Plaintiff reveals that his transfer has now been completed. The Clerk of Court is directed to change his address on the docket.